NATHAN BONIOS, as Administrator, etc., of TILLIE FRIEDLANDER, Deceased, Respondent, v. BROOKLYN BUS CORPORATION, Appellant.— Action to recover damages for the wrongful death of plaintiff's intestate, and for personal injuries sustained prior to her death, due to the negligent operation of defendant's bus. Order denying defendant's motion for a new trial upon the ground of newly-discovered evidence, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

CLARISSA BOSTIC and FRANK BOSTIC, Respondents, v. ANNA ROSENTHAL, Appellant.— In an action by plaintiff-wife for damages for personal injuries sustained when she tripped on a defective rubber covering on the stairway of premises owned by defendant, and by her husband for loss of services and expenses, judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THOMAS A. E. BUSTEED, Respondent, v. THE CITY OF NEW YORK, Appellant.— Plaintiff's truck struck the side of the defendant's truck when the latter was making a left turn. Plaintiff had a verdict of a jury for damages for his personal injuries. The appeal is solely on the ground that plaintiff was guilty of contributory negligence as a matter of law. Judgment entered on the verdict in favor of plaintiff affirmed, with costs. No opinion. Lazansky, P. J., Carswell, Johnston and Close, JJ., concur; Adel, J., dissents, votes to reverse the judgment and dismiss the complaint, being of the opinion that no view of the evidence leads to any other conclusion than that plaintiff's truck was negligently operated and that such negligence contributed to the cause of the accident.

JAMES CALLENDAR, Appellant, v. D. JOSEPH DE ANDREA, Sued Herein as JOSEPH D. DE ANDREA, Respondent.— In an action for false imprisonment claimed to have resulted from the erroneous refusal of the defendant, a city magistrate, to accept plaintiff's application for bail, the defendant's motion for judgment on the pleadings under rule 113 of the Rules of Civil Practice was granted. From the order granting the motion and the judgment entered thereon the plaintiff appeals. Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

SARAH CURTIS, LORETTA CURTIS and JOHN CURTIS, Respondents, v. STATEN ISLAND COACH COMPANY, INC., Appellant.— Action to recover damages for personal injuries and property damage sustained when defendant's bus collided with an automobile in which plaintiffs were riding. Judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.